IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JAMES D. LYONS, | ) | CASE NO. 4:03CV0244 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE PETER C. ECONOMUS |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon the Report and Recommendation of Magistrate Judge James S. Gallas. (Dkt. #55). Also before the Court are Plaintiff's Objections to the Report and Recommendation (Dkt. #59) and Plaintiff's Nunc Pro Tunc Motion to Allow Objections (Dkt. #60).

Plaintiff filed a complaint on February 7, 2003, alleging, *inter alia*, violations of the Federal Tort Claims Act. (Dkt. #1). This matter was referred to Magistrate Judge James S. Gallas for general pre-trial supervision on April 8, 2003. (Dkt. #7). On May 26, 2005, Plaintiff filed a Motion for Judicial Review and Directed Order, requesting the Court transfer this case to the Eastern District of North Carolina. (Dkt. #52). On August 24, 2005, Magistrate Judge James S. Gallas recommended that Plaintiff's Motion for Judicial Review and Directed Order be denied. (Dkt. #55).

1

The Court has reviewed the report and recommendation of the Magistrate Judge and Plaintiff's objections *de novo*. The Court finds that the report and recommendation is well-supported and that Plaintiff's objections are without merit. Therefore, Magistrate Judge Gallas' recommendation (Dkt. #55) is hereby **ADOPTED** and Plaintiff's objections are overruled. Furthermore, as the Court has considered Plaintiff's objections prior to adopting the report of the Magistrate, Plaintiff's Nunc Pro Tunc Motion to Allow Objections is **MOOT**. (Dkt. #60).

**IT IS SO ORDERED**.

**/s/ Peter C. Economus - December 28, 2005**
**PETER C. ECONOMUS**
**UNITED STATES DISTRICT JUDGE**